United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**  **CATHERINE O'HAGAN WOLFE**
**CHIEF JUDGE**  **CLERK OF COURT**

Date: October 05, 2011  DC Docket #: 10–cv–5413
Docket #: 11–3962  cv  DC Court: SDNY (WHITE PLAINS)
Short Title: Kachalsky v. Cacace  DC Judge: Seibel

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212–857–8612.