# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of October, two thousand and eleven,

_____

Kachalsky,

       v.               **ORDER**
                        Docket Number: 11-3642 (L)

Cacace.                              11-3962 (XAP)

_____

This Court's order directing a Pre-Argument Conference entered October 4, 2011 is hereby vacated.

                                                        For the Court:
                                                        Catherine O'Hagan Wolfe, Clerk

                                                       By Stanley A. Bass, Staff Counsel