

**Westchester gov.com**

**Robert P. Astorino**
**County Executive**

Office of the County Attorney

Robert F. Meehan
County Attorney

November 14, 2011

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re: *Kachalsky v. Cacace*
        11-3642 (L)
        11-3962 (XAP)

Dear Ms. Wolfe:

    Pleased consider this correspondence to be the request of the Appellee-Cross Appellant County of Westchester, pursuant to Local Rule 31.2, to serve and file its Brief not later than February 8, 2012.

                                        Very truly yours,

                                        /s/ Thomas G. Gardiner (TGG 7305)

                                        Thomas G. Gardiner
                                        Sr. Assistant County Attorney

TGG/nn



Michaelian Office Building, Room 600
148 Martine Avenue
White Plains, New York 10601    Telephone: (914)995-2660    Website: westchestergov.com