

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL

November 16, 2011

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
 for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Kachalsky v. Cacace,* No. 11-3642

Dear Ms. Wolfe:

The State of New York Office of the Attorney General represents the New York State defendants-appellees in this matter. Pursuant to Local Rule 31.2(a)(1)(B), we hereby request that the deadline for State appellees' brief be February 8, 2012. That date is 91 days from the filing of appellants' brief on November 9, 2011, and is the same date set for the filing of Appellee-Cross-Appellant County of Westchester's brief.

Respectfully submitted,

/s/

Simon Heller
Assistant Solicitor General

cc (by ECF):   Alan Gura, Esq.
               Thomas Gardiner, Esq.