# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 16th day of November, two thousand and eleven,

_____

| | |
|---|---|
| Alan Kachalsky, Christina Nikolov, Johnnie Nance, Anna Marcucci-Nance, Eric Detmer, Second Amendment Foundation, Inc. | **ORDER**<br>Docket Number: 11-3642 |

Plaintiffs - Appellants - Cross - Appellees,

v.

County of Westchester,

Defendant - Appellee - Cross - Appellant,

Susan Cacace, Jeffrey A. Cohen, Albert Lorenzor, Robert K. Holdman,

Defendants - Appellees.

_____

Appellees Susan Cacace, Jeffrey Cohen, Albert Lorenzor, and Robert Holdman have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting February 8, 2012 as the brief filing date.

The scheduling notification hereby is so ordered.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

