GURA & POSSESSKY, PLLC
101 N. COLUMBUS STREET, SUITE 405
ALEXANDRIA, VIRGINIA 22314
TEL. 703.835.9085/FAX 703.997.7665

February 10, 2012

The Hon. Catherine O'Hagan Wolfe
Clerk, United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Kachalsky* v. *Cacase*
            No. 11-3642

Dear Ms. Wolfe:

    Pursuant to Local Rule 31.2, Appellants/Cross-Appellees respectfully request that their Appellants/Cross-Appellants and Reply brief be due April 3, 2012.

                                   Sincerely,

                                   /s/ Alan Gura

                                   Alan Gura

    cc:  CM/ECF counsel