UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of June, two thousand and twelve,

_____

| | |
|---|---|
| Alan Kachalsky, Christina Nikolov, Johnnie Nance, Anna Marcucci-Nance, Eric Detmer, Second Amendment Foundation, Inc. | **ORDER**<br>Docket Number: 11-3642 |

 Plaintiffs - Appellants - Cross - Appellees,

v.

County of Westchester,

 Defendant - Appellee - Cross - Appellant,

Susan Cacace, Jeffrey A. Cohen, Albert Lorenzor, Robert K. Holdman,

Defendants - Appellees.

_____

We hereby request supplemental briefing from the parties concerning the impact, if any, of the June 1, 2012 decision of this Circuit in *United States v. Decastro*, 10-3773. The requested briefing shall be submitted in the form of letter-briefs of no more than fifteen (15) single-spaced pages, and shall be filed no later than 5:00 p.m. on June 29, 2012. Reply briefs of no more than five (5) single-spaced pages shall be filed no later than 5:00 p.m. on July 13, 2012.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

