

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN  
ATTORNEY GENERAL

BARBARA D. UNDERWOOD  
SOLICITOR GENERAL

August 13, 2012

Hon. Catherine O'Hagan Wolfe  
Clerk of the Court  
United States Court of Appeals  
 for the Second Circuit  
40 Foley Square  
New York, NY 10007

Re: *Kachalsky v. Cacace,* Nos. 11-3642 & 11-3962

Dear Ms. Wolfe:

The State Defendants submit this Rule 28(j) letter to call the Court's attention to the attached order of the United States Court of Appeals for the Fourth Circuit in *Woollard v. Gallagher*, No. 12-1437 (4th Cir. Aug. 1, 2012). This order grants a stay pending appeal of the district court's decision in *Woollard v. Sheridan*, No. L–10–2068, 2012 WL 695674 (D. Md. Mar. 2, 2012), which the Plaintiffs-Appellants-Cross-Appellees relied upon at pages 2, 8, 9, 25, 31, 33, and 43-45 of their Combined Response and Reply Brief.

Respectfully submitted,

/s/

Simon Heller  
Assistant Solicitor General

cc (by ECF):  Alan Gura, Esq.  
 Thomas Gardiner, Esq.