FILED: August 1, 2012

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1437
(1:10-cv-02068-BEL)

_____

RAYMOND WOOLLARD; SECOND AMENDMENT FOUNDATION, INC.,

       Plaintiffs – Appellees,

v.

DENIS GALLAGHER; SEYMOUR GOLDSTEIN; CHARLES M. THOMAS, JR.; MARCUS L. BROWN,

       Defendants – Appellants,

and

TERRENCE SHERIDAN,

       Defendant,

------------------------------

AMERICAN PUBLIC HEALTH ASSOCIATION; AMERICAN COLLEGE OF PREVENTIVE MEDICINE; LEGAL COMMUNITY AGAINST VIOLENCE; LEGAL HISTORIANS; BRADY CENTER TO PREVENT GUN VIOLENCE; MARYLAND CHIEFS OF POLICE ASSOCIATION; INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS; MAJOR CITIES CHIEFS ASSOCIATION,

       Amici Supporting Appellant.

_____

O R D E R

_____

Upon consideration of the filings relative to the motion to stay pending appeal, the court grants the motion. The court further directs that this case be expedited and tentatively calendared for oral argument during the October, 2012 session of court, October 23-26, 2012.

Entered at the direction of Judge King with the concurrence of Judge Gregory and Judge Davis.

                                         For the Court

                                         /s/ Patricia S. Connor, Clerk