United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DENNIS JACOBS**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 27, 2012
Docket #: 11-3642cv
Short Title: Kachalsky v. Cacace

DC Docket #: 10-cv-5413
DC Court: SDNY (WHITE PLAINS) DC Docket #: 10-cv-5413
DC Court: SDNY (WHITE PLAINS)
DC Judge: Seibel

## NOTICE OF DECISION

The court has issued a decision in the above-entitled case. It is available on the Court's website http://www.ca2.uscourts.gov.

Judgment was entered on November 27, 2012; and a mandate will later issue in accordance with FRAP 41.

If pursuant to FRAP Rule 39 (c) you are required to file an itemized and verified bill of costs you must do so, with proof of service, within 14 days after entry of judgment. The form, with instructions, is also available on Court's website.

Inquiries regarding this case may be directed to . 212-857-8560