# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

January 10, 2013

Clerk
United States Court of Appeals for the Second
Circuit
1702 US Courthouse, Foley Sq.
New York, NY  10007

      Re:  Alan Kachalsky, et al.
            v. Susan Cacace, et al.
           No. 12-845
           (Your No. 11-3642, 11-3962)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 8, 2013 and placed on the docket January 10, 2013 as No. 12-845.

Sincerely,

**William K. Suter**, Clerk

by

Jeffrey Atkins
Supervisor-Case Analyst Division